```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      HATTIESBURG DIVISION
```

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 2:03cr40DCB-JMR

JASON D. REEVES

## ORDER GRANTING GOVERNMENT'S MOTION
## FOR REDUCTION OF SENTENCE

BEFORE THE COURT is the Government's Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35(b) filed July 24, 2006, in the above captioned cause. Based on the Government's recommendation and representation concerning the substantial assistance rendered by the above-captioned individual, the Court finds that the Government's Motion for Reduction of Sentence is well taken and should be granted. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Government's Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35 (b) filed July 24, 2006, [Docket #29] should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the sentence of imprisonment of JASON D. REEVES, in Criminal No. 2:03cr40DCB-JMR should be and is hereby reduced to twenty-one (21) months in the custody of the Bureau of Prisons.

**IT IS FURTHER ORDERED AND ADJUDGED** that in all other aspects, the sentence remains the same.

**SO ORDERED AND ADJUDGED,** this the 14th day of August, 2006.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE